UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 04-CR-264-D

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2. STEVEN WADE LUCKENBILL,

    Defendant.

_____

**MINUTE ORDER**
_____

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    Defendant's Unopposed Motion to Conduct Status Hearing on July 17, 2007, Rather Than Revocation Hearing, filed July 3, 2007 (docket #108) is **GRANTED**. The Supervised Release Violation Hearing set for **Tuesday, July 17, 2007, at 9:00 a.m.**, is converted into a Status Hearing.

    Dated:  July 3, 2007