**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No. 04-cr-00264-WYD-02

UNITED STATES OF AMERICA,

       Plaintiff,

vs.

STEVEN WADE LUCKENBILL,

       Defendant.

_____

**BOND RELEASE ORDER**
_____

       On July 17, 2007, a Status Hearing was held before the Court, and upon report of the probation officer of this Court, and other parties present, and the Court being fully advised, and it appearing that defendant would benefit from an inpatient substance abuse program, it is

ORDERED that the Detention Order entered on the 2nd day of May, 2007, by Magistrate Judge Boland be terminated, and the defendant be released on July 24, 2007, on a $15,000.00 unsecured bond with the following terms and conditions:

       1).    The defendant shall participate and successfully complete the inpatient substance abuse program at Rosada, in Las Animas, Colorado.

       2).    The defendant shall comply with the previous conditions of supervision imposed by the Court on March 14, 2005.

       3).    The defendant shall participate in mental health counseling as directed by his supervising probation officer, it is

FURTHER ORDERED that a Revocation Hearing is not set at this time and will be set at a later date upon the recommendation of the Probation Officer.  However, if the defendant should test positive for the use of any illicit drug, the defendant shall be immediately brought before the Court, and a Revocation Hearing will be set.

       DATED at Denver, Colorado, this <u>18th</u> day of July, 2007.

       BY THE COURT:


       <u>s/ Wiley Y. Daniel</u>
       WILEY Y. DANIEL
       United States District Judge